UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBBIE PITTMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Steinhafels, Inc.,<br><br>Defendant. | Case no. 1:25-cv-5415<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: November 20, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*
**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: 844-731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law